Case 7:25-cr-00614   Document 10   Filed 04/01/25 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
FILED

April 01, 2025

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | Criminal No. **M-25-614** |
| BRANDON EDUARDO TELLO- § VILLARREAL § also known as Eduardo Tello-Villarreal § | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## Count One

On or about March 7, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**BRANDON EDUARDO TELLO-VILLARREAL**
also known as Eduardo Tello-Villarreal

did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with A.O.H., Customs and Border Protection Officer, U.S. Customs and Border Protection, while said officer was engaged in or on account of the performance of his official duties, said offense involved physical contact with A.O.H.

In violation of Title 18, United States Code, Section 111(a)(1).

## Count Two

On or about March 7, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**BRANDON EDUARDO TELLO-VILLARREAL**
also known as Eduardo Tello-Villarreal

did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with J.R., Customs and Border Protection Officer, U.S. Customs and Border Protection, while said officer was engaged in or on account of the performance of his official duties, said offense involved physical contact with J.R..

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL

_____
FOREPERSON

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY